IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen          Date:   September 9, 2013
Court Reporter:    Tammy Hoffschildt       Probation: Andrea Bell

_____

Criminal Action No. 12-cr-00435-WJM         <u>Counsel:</u>

UNITED STATES OF AMERICA,                   Jeremy S. Sibert

     Plaintiff,

v.

NATHAN THERIOT,                             Robert W. Pepin

     Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

02:16 p.m.    Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Court's comments

Sentencing Statement (by Mr. Sibert)

Sentencing Statement (by Mr. Pepin)

Statement by James Theriot, defendant's father

1

Defendant's Allocution

**ORDERED:  Defendant's Motion for Variant Sentence (ECF No. 39) is GRANTED IN PART.**

Defendant plead guilty to Count One of the Indictment on May 20, 2013.

**ORDERED:  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Nathan Theriot, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of fifteen months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**ORDERED:  Upon release from imprisonment defendant is placed on supervised release for a term of three years.**

**Within 72 hours of release from the custody of the Bureau of Prisons defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant must comply with the standard conditions adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance.  The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:  Special Conditions of supervised release:**

    **1.    The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or**

    **other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

  **2.**  **The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.**

  **3.**  **The Court recommends that the Bureau of Prisons designate an institution for the defendant with a Residential Drug Abuse (RDAP) or comparable substance abuse Program, as well as an appropriate mental health treatment Program, and that the defendant take advantage of such programs during his imprisonment.**

**ORDERED:** **The special assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:** **Defendant has no ability to pay a fine, and the fine is waived.**

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances.

Mr. Sibert's comments

The Government requests the Court permit the probation officer to do visits and searches of the defendant's home.

Discussion

**ORDERED:** **The Government's oral motion to amend the Court's sentence is DENIED.**

Mr. Sibert requests the Court grant the Government leave to submit briefing regarding its request to permit the probation officer to do visits and searches of the defendant's home.

Discussion

**ORDERED:**   **The Government's oral motion for leave to submit supplemental briefing on the issue of home visits and searches is DENIED.**

**ORDERED:**   **Defendant is REMANDED to the custody of the U.S. Marshal.**

03:06 p.m.    Court in Recess
              Hearing concluded
              Time: 50 minutes